UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL VALDEZ VELA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. GOVERNMENT HEALTH AND HUMAN SERVICES, CHILD WELFARE SERVICES,<br><br>　　　　Defendant. | Case No. 1:20-cv-01152-NONE-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>ECF No. 2 |

Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is granted. The court will screen plaintiff's complaint before ordering service.

IT IS SO ORDERED.

Dated:   August 21, 2020                           _____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 205.

1